COPY

FILED
2013 JUL 12 PM 4:28
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

Peter R. Afrasiabi, Esq. (Bar No. 193336)
   pafrasiabi@onellp.com
Christopher W. Arledge, Esq. (Bar. No. 200767)
   carledge@onellp.com
Ian H. Gibson, Esq. (Bar No. 273444)
   igibson@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Plaintiff, Mavrix Photographs, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTOGRAPHS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>WORLD OF WONDER PRODUCTIONS, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. **CV 13-05032 BRO (PLA)**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

20511.1

**COMPLAINT**

Mavrix Photographs, LLC ("Mavrix"), by and through its attorneys of record, complains against World of Wonder Productions, Inc., ("WOW") and DOES 1-10 (collectively "Defendants") as follows:

## JURISDICTION AND VENUE

1. This is a civil action against Defendants for their acts of copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq*. This Court has subject matter jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a).

2. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and the injury suffered by Plaintiff took place in this Judicial District.  Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

## PARTIES

3. Plaintiff Mavrix is a California limited liability company with offices located in Los Angeles, California and Miami, Florida.

4. Plaintiff is informed and believes and, upon such, alleges that World of Wonder Productions, Inc. is a California corporation, with its principal place of business at 6650 Hollywood Blvd., #400, Hollywood, California 90028.

5. DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names.  Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.  Plaintiff is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

/ / /

/ / /

# STATEMENT OF FACTS

## *The Photos Forming the Subject Matter of This Dispute*

6. Mavrix Photo, Inc. is a prominent celebrity photography agency that licenses its photographs on an exclusive and non-exclusive basis to a multitude of top-tier media outlets, including, the world's leading newspapers, television programs and magazines, like People or US Weekly. Mavrix has licensed individual images of celebrities for over $100,000 to major content outlets.

7. Mavrix Photo, Inc. has transferred certain copyrights to Plaintiff, Mavrix, including the images of superstar singer Katy Perry that are at the core of this dispute.

8. The Katy Perry photographs at issue are collectively referred to herein as the "Perry Photos." A copyright registration application for all the Perry Photos was filed within 90 days of their authorship and first publication. The copyright registration certificate for the Perry Photos is attached hereto as Exhibit A.

9. The Perry Photos had substantial monetary value for Mavrix, which was irreparably harmed by the actions of Defendants.

## *The Defendants and the Marketplace*

10. On information and belief, Defendant WOW is a sophisticated and successful international entertainment company, distributor of top-flight television, and a licensing source for television music and archive footage around the world.

11. Plaintiff alleges, on information and belief, that in or around July of 2010, Defendants owned and operated a wildly popular celebrity culture website at Worldofwonder.net.

12. Despite their economic resources and sophistication on intellectual property matters, Defendants have, on information and belief, violated federal law by willfully infringing Mavrix copyrights to at least 1 photograph on Worldofwonder.net.

///
///
///

13. Specifically, on or around July 19, 2010, Defendants reproduced, distributed and publicly displayed at least 1 of the Perry Photos on their website without permission, consent, or license from Mavrix, the rightsholder to the Perry Photos. A true and correct copy of one of the Perry Photos being infringed by the Defendants is attached as Exhibit B.

14. In the marketplace, celebrity photos such as those at issue in this case carry tremendous monetary value. Mavrix procures images of celebrities at a significant cost and licenses these images to various third parties to create highly sought after feature spreads, among other things, on television, print and online.

15. Defendants herein have driven massive traffic to Worldofwonder.net in part due to the presence of the sought after and searched-for celebrity images like the photograph that frames this dispute. All of this traffic translates into significant ill-gotten commercial advantage and revenue generation for Defendants as a direct consequence of their infringing actions.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement, 17 U.S.C. § 501)

16. Plaintiff Mavrix incorporates here by reference the allegations in paragraphs 1 through 15 above.

17. Mavrix is the rightsholder to the copyrights of the Perry Photos, which substantially consist of material wholly original with Plaintiff and which constitute copyright subject matter under the laws of the United States. Mavrix has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights. The Perry Photos have been timely registered with the United States Copyright Office. Attached hereto as Exhibit A is a Copyright Registration Certificate for the Perry Photos.

18. Defendants have directly, vicariously and/or contributorily infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by reproducing, displaying, distributing and utilizing the Perry Photos for purposes of trade in violation of 17 U.S.C. § 501 *et seq.*

19. Defendants have willfully infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by knowingly reproducing, displaying, distributing and utilizing the Perry Photos for purposes of trade.

20. On information and belief, Defendants' acts of infringement are willful because, inter alia, WOW is a sophisticated entertainment business with full knowledge of the strictures of federal copyright law and the basic requirements for licensing the use of copyrighted content for commercial exploitation.

21. On information and belief, Defendants, despite such knowledge, willfully reproduced, publicly distributed and publicly displayed at least one of the Perry Photos on Worldofwonder.net.

22. Defendants have received substantial benefits in connection with the unauthorized reproduction, display, distribution and utilization of the Perry Photos for purposes of trade, including by increasing the traffic to Defendants' website and, thus, increasing the advertising fees realized.

23. The actions of Defendants were at al times performed without the permission, license or consent of Mavrix.

24. The wrongful acts of Defendants have caused, and are causing, great injury to Plaintiff, of which damages cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Mavrix will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, Plaintiff seeks a declaration that Defendants are infringing Mavrix's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Plaintiff's copyrights.

25. As a result of the acts of Defendants alleged herein, Mavrix has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

26. Because of the willful nature of the copyright infringement, Plaintiff is entitled to an award of statutory damages equal to $150,000 per work infringed.

27. Plaintiff has identified at least 1 work infringed by Defendants, which occurred by way of reproduction, public distribution and public display of the Perry Photos on Worldofwonder.net.

28. At least 1 of the works infringed are eligible for statutory damages. Therefore, Mavrix is entitled to an award of $150,000 in statutory damages.

29. Alternatively, at its discretion, Mavrix is entitled to actual damages in an amount to be proven at trial for the infringement at issue.

30. Plaintiff is also entitled to its attorney's fees in prosecuting this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1. The Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all person in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Plaintiff Mavrix's rights in the photograph at issue.

2. Defendants be held liable to Plaintiff in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c) and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

3. An accounting be made for all profits, income, receipts or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

///

4. Requiring Defendants to account for and pay over to Plaintiff all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

5. Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

6. That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated: July 12, 2013       **ONE LLP**

By: _____
Peter R. Afrasiabi, Esq.
Christopher W. Arledge, Esq.
Ian H. Gibson, Esq.
Attorneys for Plaintiff,
Mavrix Photographs, LLC

# DEMAND FOR JURY TRIAL

Plaintiff Mavrix Photographs, LLC hereby demands trial by jury of all issues so triable under the law.

Dated:  July 12, 2013                    **ONE LLP**

By: _____
    Peter R. Afrasiabi, Esq.
    Christopher W. Arledge, Esq.
    Ian H. Gibson, Esq.
    Attorneys for Plaintiff,
    Mavrix Photographs, LLC

# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-737-808**

**Effective date of registration:**

September 7, 2010

## Title
- **Title of Work:** Popstar Katy Perry in bikini in the Bahamas taken 7/18/2010

## Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** July 18, 2010
- **Nation of 1st Publication:** United States

## Author
- **Author:** Mavrix Photo Inc
- **Author Created:** photograph(s)
- **Work made for hire:** Yes
- **Citizen of:** United Kingdom
- **Domiciled in:** United States
- **Anonymous:** Yes

## Copyright claimant
- **Copyright Claimant:** Mavrix Photo Inc, dba Mavrix Photo Inc
  195 SE 4th Avenue, Deerfield Beach, FL, 33441, United States

## Rights and Permissions
- **Organization Name:** Mavrix Photo Inc
- **Name:** Gareth Miles Thomas
- **Email:** gareth@mavrixphoto.com
- **Telephone:** 305-542-927
- **Address:** 195 SE 4th Avenue
  Deerfield Beach, FL 33441 United States

## Certification
- **Name:** Gareth Thomas
- **Date:** September 7, 2010

# Exhibit B



# HERE'S ONE FOR THE STRAIGHT GUYS

Monday, July 19, 2010 10:50 AM

tags: **BOOBAGE, CELEBRITY BOOBS, KATY PERRY**

Posted by:
**JAMES ST. JAMES**
contact

I know of at least ONE heterosexual WOW Report reader. Possibly two. But that's pushing it. Anyway, here is Katy Perry and her massive, jiggly bosoms at a water park in the Bahamas over the weekend. I will admit: They are fun to look at. (via **WWTDD**)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Beverly Reid O'Connell and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

**CV13- 5032 BRO (PLAx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

00/00/2013 12:19:27 FAX 2132499990 NATIONWIDE LEGAL
Case 2:13-cv-05032-BRO-PLA   Document 1   Filed 07/12/13   Page 14 of 16   Page ID #:19

ORIGINAL

Name & Address:
Ian H. Gibson (Bar No. 273444)
ONE LLP
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTOGRAPHS, LLC, a California Limited Liability Company, <br><br> PLAINTIFF(S) <br> v. <br> WORLD OF WONDER PRODUCTIONS, INC., a California Corporation; and DOES 1-10, inclusive, <br><br> DEFENDANT(S). | CASE NUMBER **CV13-05032 BRO(PLAx)** <br><br><br> **SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [X] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Ian H. Gibson of One LLP__, whose address is __4000 MacArthur Blvd., West Tower, Suite 1100, Newport Beach, CA 92660__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __JUL 12 2013__          By: _[signature]_
                                        Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS (Check box if you are representing yourself ☐) |
|---|---|
| MAVRIX PHOTOGRAPHS, LLC, a California Limited Liability Company, | WORLD OF WONDER PRODUCTIONS, INC., a California Corporation; and DOES 1-10, inclusive, |
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) ONE LLP 4000 MacArthur Blvd. West Tower, Suite 1100 Newport Beach, CA 92660 (949) 502-2870 | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ To be determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement under the U.S. Copyright Act, 17 U.S.C. §§ 101 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury- Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities- Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: _____

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)  CIVIL COVER SHEET  Page 1 of 2
CCD-CV71

CV13-05032

BY FAX

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] NO [ ] YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] NO [ ] YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
[ ] A. Arise from the same or closely related transactions, happenings, or events; or
[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District: * | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District: * | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
NOTE: In land condemnation cases, use the location of the tract of land involved.

| County in this District: * | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____ DATE: July 12, 2013

Ian H. Gibson

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |